CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

12/8/2021
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| TINA G.[1], **Plaintiff,** | )<br>)<br>) |
| v. | ) Civil Action No. 6:20cv00075 |
| KILOLO KIJAKAZI[2], **Acting Commissioner of Social Security,** | )<br>)<br>)<br>) |
| **Defendant.** | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered on this date, it is hereby **ORDERED** that Tina G.'s Motion for Summary Judgment is **DENIED** and the Commissioner's Motion for Summary Judgment is **GRANTED** and this case is **DISMISSED** from the court's active docket.

Entered: December 8, 2021

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge

---

[1] Due to privacy concerns, I use only the first name and last initial of the claimant in social security opinions.

[2] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is hereby substituted for Andrew Saul as the defendant in this case.